UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV50

| | |
|---|---|
| CARROLL F. TOMLINSON,<br>   Plaintiff,<br><br>v.<br><br>MICHAEL PAGANO and THE<br>TRANSPORTATION SECURITY<br>ADMINISTRATION,<br>   Defendants. | ORDER OF DISMISSAL |

On February 2, 2006, Plaintiff Carroll Tomlinson filed this civil action against Defendants Michael Pagano and the Transportation Security Administration pursuant to 42 U.S.C. § 1983, and also moved to proceed *in forma pauperis*. (Doc. Nos. 1, 2). On February 8, 2006, this Court denied the plaintiff's motion to proceed *in forma pauperis* and directed that the plaintiff pay the required filing fees in this action within thirty days of the date of that order, or the matter would be summarily dismissed. (Doc. No. 3). It is now August 2, 2006, and the plaintiff has failed to pay the filing fee.

**THEREFORE, IT IS HEREBY ORDERED** that this matter is **DISMISSED**.

Signed: August 3, 2006

Robert J. Conrad, Jr.
Chief United States District Judge