# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carroll F. Tomlinson

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:06cv50

Michael Pagano, et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2006 Order.

August 3, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk